WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 06-0042-01-PHX-SRB |
| Plaintiff, | ) | |
| vs. | ) | |
| Abel Ahumada, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on January 11, 2007.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waived his right to a pretrial revocation hearing pursuant to Title 18, U.S.C. § 3148 and has consented to the issue of release to be determined by this Court based upon the allegations in the petition.

**THE COURT FURTHER FINDS** that the Defendant has violated four separate terms and conditions of his pretrial release as set forth in the petition.

**THE COURT FURTHER FINDS** that the Defendant possessed approximately 1 pound (15.9 ounces) of marijuana which is a Class 5 felony under Arizona Law.

**THE COURT FURTHER FINDS** that Defendant is a serious flight risk and that Defendant violated the release condition that required him to abide by a curfew.

1     **THE COURT FURTHER FINDS** that Defendant is not likely to abide by further
2 conditions of release regarding home detention or not engaging in criminal activity.
3     **IT IS ORDERED** that the Defendant shall be detained as a serious flight risk and a
4 danger to the community.

5

6 DATED this 22nd day of January, 2007.

7

8

                                      /s/ Lawrence O. Anderson
9                                              Lawrence O. Anderson
                                             United States Magistrate Judge